1  JORDAN ETH (BAR NO. 121617)
   JUDSON E. LOBDELL (BAR NO. 146041)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: (415) 268-7000
4  Facsimile:  (415) 268-7522

5  Attorneys for Defendants
   SUNPOWER CORPORATION,
6  THOMAS H. WERNER, DENNIS V. ARRIOLA,
   EMMANUEL T. HERNANDEZ, AND
7  MARTY T. NEESE

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| HARRY W. PLICHTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, and DENNIS V. ARRIOLA,<br><br>Defendants. | Case No.:   CV-09-05473 CRB<br><br>CLASS ACTION |
| STEVEN PARRISH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, and DENNIS V. ARRIOLA,<br><br>Defendants. | Case No.:   CV-09-05520 CRB<br><br>CLASS ACTION |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
sf-2778316

| | | |
|---|---|---|
| 1 | CHENGXIAO CAO, Individually and On Behalf of All Others Similarly Situated, | Case No.:   CV-09-05488 BZ |
| 2 | | CLASS ACTION |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | SUNPOWER CORPORATION, PRICEWATERHOUSECOOPERS LLP, THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, and MARTY T. NEESE, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS, the above-captioned actions are securities class action lawsuits, governed by the Private Securities Litigation Reform Act of 1995, against SunPower Corporation ("SunPower"), certain of its officers, and PricewaterhouseCoopers LLP (collectively "Defendants");

WHEREAS, these three actions are related cases within the meaning of Northern District of California Civil Local Rule 3-12;

WHEREAS, the parties expect the actions will be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, the Court is expected to designate a Lead Plaintiff, who shall designate a law firm or law firms to serve as Lead Plaintiff's counsel pursuant to 15 U.S.C. § 77aa(a)(3)(B)(v) and/or 5 U.S.C. § 78u-4(a)(3)(B)(v);

WHEREAS, the designated Lead Plaintiff will file a Consolidated Complaint for the consolidated action, which will become the operative complaint and shall supersede all complaints previously filed in these actions;

WHEREAS, it would be duplicative and a waste of judicial resources for Defendants to respond to the individual complaints previously filed in these actions before Lead Plaintiff files a Consolidated Complaint.

///

1    IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1. Defendants' undersigned counsel hereby accept service of the Complaints filed herein on behalf of Defendants;

2. Defendants shall not be required to answer or otherwise respond to the individual complaints previously filed in these actions;

3. Defendants shall answer or otherwise respond to a Consolidated Complaint after meeting and conferring with Lead Plaintiff regarding scheduling, or as ordered by the Court. SO STIPULATED.

Dated: December 17, 2009

    MORRISON & FOERSTER LLP
    JORDAN ETH
    JUDSON E. LOBDELL
    425 Market Street
    San Francisco, CA  94105

    By:    /s/ Jordan Eth
           JORDAN ETH

    Counsel for Defendants SunPower Corp., Thomas H. Werner, Dennis V. Arriola, Emmanuel T. Hernandez and Marty T. Neese

    LATHAM & WATKINS LLP
    MATTHEW RAWLINSON
    MILES RUTHBERG
    140 Scott Drive
    Menlo Park, CA 94025

    By:    /s/ Matthew Rawlinson
           MATTHEW RAWLINSON

    Counsel for Defendant PricewaterhouseCoopers LLP

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | SHAWN A. WILLIAMS<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111 |
| 3 | |
| 4 | DARREN J. ROBBINS<br>DAVID C. WALTON |
| 5 | CATHERINE J. KOWALEWSKI<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 6 | |
| 7 | By:   /s/ Catherine J. Kowalewski |
| 8 |          CATHERINE J. KOWALEWSKI |
| 9 | Counsel for Plaintiff Harry W. Plichta |
| 10 | GLANCY BINKOW & GOLDBERG LLP |
| 11 | LIONEL Z. GLANCY<br>MICHAEL GOLDBERG |
| 12 | 1801 Avenue Of The Stars, Suite 311<br>Los Angeles, CA 90067 |
| 13 | |
| 14 | By:   /s/ Michael Goldberg<br>         MICHAEL GOLDBERG |
| 15 | Counsel for Plaintiff Steven Parrish |
| 16 | |
| 17 | KAHN SWICK & FOTI, LLC<br>LEWIS S. KAHN |
| 18 | 650 Poydras Street, Suite 2150<br>New Orleans, LA 70130 |
| 19 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 20 | REED R. KATHREIN<br>PETER E. BORKON |
| 21 | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| 22 | |
| 23 | By:   /s/ Lewis S. Kahn<br>         LEWIS S. KAHN |
| 24 | |
| 25 | Counsel for Plaintiff Chengxiao Cao |
| 26 | / / / |
| 27 | / / / |
| 28 | |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
sf-2778316                                         3

1 \* \* \*

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   Date: December 18, 2009

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
sf-2778316                                       4

I, Jordan Eth, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance with General Order 45, X.B., I hereby attest that Matthew Rawlinson, Catherine Kowalewski, Michael Goldberg, and Lewis S. Kahn have concurred in this filing.

Dated: December 17, 2009          By:          /s/ Jordan Eth
                                                    JORDAN ETH

Counsel for Defendants SunPower Corp., Thomas H. Werner, Dennis V. Arriola, Emmanuel T. Hernandez and Marty T. Neese

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
sf-2778316                              5