**United States District Court**
For the Northern District of California

**\*\*E-filed 4/4/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY W. PLICHTA, | No. C 09-5473 RS |
| Plaintiff, | |
| v. | **ORDER RE CONSOLIDATION** |
| SUNPOWER CORPORATION, et al., | |
| Defendants. | |
| CHENGXIAO CAO, | No. C 09-5488 RS |
| Plaintiff, | |
| v. | |
| SUNPOWER CORPORATION, et al., | |
| Defendants. | |
| STEVEN PARRISH, | No. C 09-5520 RS |
| Plaintiff, | |
| v. | |
| SUNPOWER CORPORATION, et al., | |
| Defendants. | |

In view of the consolidation of these three actions by order dated March 5, 2010, and for administrative convenience, all documents filed in this litigation shall hereinafter be captioned "In Re Sunpower Securities Litigation" and shall be filed exclusively under Case No. 09-5473 RS.  The files for Case Nos. C 09-5488 RS and C 09-5520 RS shall be closed after this order is filed.

IT IS SO ORDERED.

Dated: 4/4/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2